1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Jimmie Williams

7

8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9                     **FRESNO DIVISION**

10

11

12  TOMMY J.PERRY,                )  Case No.: 1:10-cv-1472 GSA
                                  )
13          Plaintiff,            )  ORDER OF DISMISSAL
                                  )
14      vs.                       )
                                  )
15  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
16                                )
            Defendant.            )
17  _____)

18
        Pursuant to the stipulation of the parties filed on March 7, 2011, the above
19
    captioned matter is dismissed with prejudice, each party to bear its own fees, costs,
20
    and expenses.
21

22

23

24
    IT IS SO ORDERED.
25
        Dated:  **March 7, 2011**            **/s/ Gary S. Austin**
26                                         UNITED STATES MAGISTRATE JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26